Luke P. Breslin, Esq. (Bar ID #029222010)
Brittney A. Nochimson, Esq. (Bar ID #409492022)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT TOBIAS & ASSOCIATES LLC D/B/A GETMEHEALTHCARE (*improperly pled as Defendant, "Tobias & Associates LLC d/b/a GetMeHealthcare.com"*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT DOYLE, Individually, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TOBIAS & ASSOCIATES LLC d/b/a GetMeHealthcare.com, and SHANNEN GLEGHORN,<br><br>Defendants. | Civil Action No.:<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that a true and correct copy of Defendant's, Tobias & Associates LLC d/b/a GetMeHealthcare (*improperly pled as Defendant, "Tobias & Associates LLC d/b/a GetMeHealthcare.com"*), Notice and Petition for Removal, Notice of Compliance with 28 U.S.C. § 1446(d), Civil Cover Sheet, Application for Extension of Time to Answer, Move, or Otherwise Respond, Rule 7.1 Disclosure Statement, Diversity Disclosure Form, and this Certificate of Service were filed with the clerk using the ECF system and also served upon Plaintiff, Robert Doyle, appearing *pro se*, 26 Netcong Heights, #9, Netcong, NJ 07857, by sending said documents via ECF, electronic, and overnight mail, on this 10th day of July, 2026.

*s/ Luke P. Breslin*
Luke P. Breslin

Dated: July 10, 2026