Luke P. Breslin, Esq. (Bar ID #029222010)
Brittney A. Nochimson, Esq. (Bar ID #409492022)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT TOBIAS & ASSOCIATES LLC D/B/A GETMEHEALTHCARE (*improperly pled as Defendant, "Tobias & Associates LLC d/b/a GetMeHealthcare.com"*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT DOYLE, Individually, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TOBIAS & ASSOCIATES LLC d/b/a GetMeHealthcare.com, and SHANNEN GLEGHORN,<br><br>Defendants. | Civil Action No.: 2:26-cv-08562<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. Civ. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Tobias & Associates LLC d/b/a GetMeHealthcare (*improperly pled as Defendant, "Tobias & Associates LLC d/b/a GetMeHealthcare.com"*) ("Defendant"), states that it is a non-governmental entity with no parent corporation and that no entity owns 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922

By: */s Luke P. Breslin*
Luke P. Breslin
Brittney A. Nochimson

Dated: July 10, 2026
4904-8630-0347, v. 2