Robert Doyle
Plaintiff, *Pro Se*
26 Netcong Heights, #9
Netcong, NJ 07857
(786) 853-4166

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DOYLE, Individually, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS & ASSOCIATES LLC d/b/a GetMeHealthcare.com, and SHANNEN GLEGHORN,<br><br>Defendants. | 2:26-cv-08562-SDW-CF<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR SIXTY DAY ADMINISTRATIVE ORDER OF DISMISSAL |

Plaintiff, Robert Doyle, hereby notifies this Court that the above-captioned case has settled and requests sixty day Administrative Order of Dismissal, pending the formal Stipulation of Dismissal.

Dated: August 10, 2026

/s/ Robert Doyle
Robert Doyle
Plaintiff, *Pro Se*